United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § § | CRIMINAL ACTION NO. 7:22-cr-01705 |
| JAMES MARTINEZ, LUIS ARMANDO LOPEZ-ALVARADO, DESIREE LOVE RODARTE. | § § § | |

## **ORDER**

Came on to be considered three separate but substantially identical motions to depose material witnesses.[1] The Court, after duly considering said motions, finds that the motions should be and are hereby **GRANTED**.

Accordingly, the deposition of the material witnesses shall be taken on or before **November 15, 2022, at 10:00 a.m.**, as agreed by counsel. If no agreement is reached as to date, time, and location, it is hereby ORDERED that the depositions of Roberto Carlos Arevalo-Romero, Mirna Iveth Ayala-Hernandez, and Edwin Enrique Ortiz-Cruz shall take place on that date and time at the Federal Courthouse, McAllen, Texas.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of November 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. Nos. 18, 19 and 20.